IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RUSSELL W. WESTFALL, JR.,              No.   CIV.S-05-0180 DAD

     Plaintiff,

     v.                                ORDER TO SHOW CAUSE

JO ANNE B. BARNHART,
Commissioner of Social
Security,

     Defendant.
_____/

     On January 27, 2005, the court issued a scheduling order which required plaintiff to complete service of process within twenty days from the filing of the complaint.  The required time has now expired, and there is no indication that service of process has been completed.  Good cause appearing, the court HEREBY ORDERS plaintiff to show cause in writing within twenty days of the filed date of this order why this case should not be dismissed for lack of

/////

/////

1

1  prosecution.  Failure to <u>timely</u> file the required writing will result
2  in dismissal of the action.
3  DATED: May 11, 2005.

5  DAD:lg
   ddad1/orders.socsec/westfall0180.osc

/s/ Dale A. Drozd
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE