1  McGREGOR W. SCOTT
   United States Attorney
2  BOBBIE J. MONTOYA
   Assistant U. S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California 95814-2322
4  Telephone: (916) 554-2700

5  Attorneys for Defendant

6

7             IN THE UNITED STATES DISTRICT COURT

8             FOR THE EASTERN DISTRICT OF CALIFORNIA

9

10 | RUSSELL W. WESTFALL, JR.,           | CASE NO. 2:05-CV-00180-DAD
11 |         Plaintiff,                  |
12 |    v.                               | STIPULATION AND ORDER TO
   |                                     | REDACT THE ADMINISTRATIVE
13 | JO ANNE B. BARNHART,                | TRANSCRIPT
14 | Commissioner of
   | Social Security,
15 |
   |         Defendant.
16

17

18     The parties to the above-captioned action, by and through the undersigned counsel, with

19 the approval of the Court, hereby stipulate that the administrative transcript certified

20 June 16, 2005, contains confidential extra-party records at pages 246 and 247, which have no

21 bearing on this case.  The parties therefore stipulate that Defendant shall redact said pages by

22 removing them from the administrative transcript prior to the serving and filing of said transcript.

23     The parties further stipulate that any review copies of the above specified records,

24 provided to Plaintiff for the purpose of reaching this agreement, shall be destroyed or returned to

25 Defendant's counsel of record at the above-captioned address.

26     The parties further stipulate that the inadvertent inclusion of said records in the

27 administrative transcript is not and will not be a basis for a claimed error.

28 /////

The parties further stipulate that counsel for Plaintiff will provide a facsimile of this document bearing counsel's original signature for retention in Defendant's case file, amd hereby authorizes counsel for Defendant to file this document in PDF format under the latter's Electronic Case Filing password, pursuant to Local Rule 7-131.

DATED: August 23, 2005      /s/ Ann M. Cerney
ANN M. CERNEY
Attorney at Law

Attorney for Plaintiff

DATED: August 24, 2005      McGREGOR W. SCOTT
United States Attorney

By: /s/ Bobbie J. Montoya
BOBBIE J. MONTOYA
Assistant U. S. Attorney

Attorneys for Defendant

_____oOo_____

**ORDER**

**APPROVED AND SO ORDERED.**

**DATED: August 26, 2005.**

DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

Ddad1/orders.socsec/westfall0180.stipord.redact

OF COUNSEL:

LUCILLE GONZALES MEIS
Chief Counsel, Region IX

KATHERINE R. LOO
Assistant Regional Counsel

United States Social
 Security Administration